

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00760-CV

**IN RE** Linda Christina Benavides **ALEXANDER** and Shirley Hale Mathis, guardians of the person and estate of Carlos Y. Benavides Jr., Relators

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  December 10, 2014

PETITION FOR WRITS OF MANDAMUS, PROHIBITION AND INJUNCTION DENIED

On October 30, 2014, relators filed this petition seeking writs of mandamus, prohibition and injunction against the 49th District Court of Webb County, Texas and real party in interest, Leticia R. Benavides, and complaining of the district court's denial of relators' plea in abatement in the underlying litigation. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writs of mandamus, prohibition and injunction is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012CVQ000161-D3, styled *Texas Community Bank, N.A. v. Shirley Hale Mathis, Temporary Guardian of Carlos Y. Benavides Jr., and Leticia R. Benavides*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.